UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CONTINENTAL EQUIPMENT CO., INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:06CV1270 CDP |
| GREYSTONE, INC., | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion to amend the complaint [#14] is granted, and the amended complaint is deemed filed as of this date.

**IT IS FURTHER ORDERED** that defendant Greystone's motion for leave to file an amended counterclaim [#15] is granted, and the amended counterclaim is deemed filed as of this date.

**IT IS FURTHER ORDERED** that the motion to amend the case management order and for a revised scheduling order [#18] is granted as follows:

1) All deadlines in the case management order are VACATED pending further order of this Court;

2) The Order Referring Case to Alternative Dispute Resolution entered on March 15, 2007 [#13] is vacated, and the referral of this

matter to ADR is withdrawn; and

3) The parties shall file a joint request for an amended scheduling conference, together with a revised joint scheduling plan, within ten (10) days after the additional counterclaim defendant, Cook's Fabrication & Welding, Inc., has entered an appearance in this case.

**IT IS FURTHER ORDERED** that the motion for leave to withdraw [#17] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of April, 2007.