UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CONTINENTAL EQUIPMENT          )
CO., INC., et al.,             )
                               )
    Plaintiffs,              )
                               )
    vs.                      )          Case No. 4:06CV1270 CDP
                               )
GREYSTONE, INC.,               )
                               )
    Defendant.               )

## MEMORANDUM AND ORDER

This matter is before me on Greystone's motion to depose Denzil Hughes

outside of the discovery deadline.  Although Greystone failed to meet and confer

with opposing counsel before filing its motion as required by federal and local

rules, I will nevertheless grant the motion because there is no objection.  However,

Greystone is reminded of its obligations to meet and confer before filing any

future discovery motions and to coordinate with opposing counsel to schedule the

deposition.

    Accordingly,

**IT IS HEREBY ORDERED** that Greystone's motion to depose Denzil

Hughes outside of the discovery deadline [#64] is granted. All other case

management order deadlines remain in full force and effect.


_Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of May, 2008.