UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CONTINENTAL EQUIPMENT CO., INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:06CV1270 CDP |
| GREYSTONE, INC., | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on a variety of motions. I will grant Continental's (belated) motion for an extension of time to file its summary judgment motion one day out of time, but the opposition and reply briefs are still due on the dates set out in the case management order. The pretrial and trial dates also remain the same.

Accordingly,

**IT IS HEREBY ORDERED** that Continental's motion for an extension of time [#77] and motion for leave to file in excess of page limitation [#78] are granted.

**IT IS FURTHER ORDERED** that Cook's motion to dismiss its cross-claim [#76] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of June, 2008.