UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONTINENTAL EQUIPMENT CO., INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:06CV1270 CDP |
| GREYSTONE, INC., | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

As discussed during today's hearing and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that Lafarge's motion in limine [#125] is granted in part and denied in part as stated on the record.

**IT IS FURTHER ORDERED** that Greystone's second motion in limine [#127] is granted in part and denied in part as stated on the record.

**IT IS FURTHER ORDERED** that Greystone's first motion in limine [#131] is denied.

**IT IS FURTHER ORDERED** that the following motions in limine filed by Continental are denied: document numbers 134, 136, 143, and 145.

**IT IS FURTHER ORDERED** that Continental's motion in limine -

insurance [#144 ] is granted.

**IT IS FURTHER ORDERED** that the **pretrial conference is continued to September 19, 2008 at 10:30 a.m. in Courtroom 14-South.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of September, 2008.